IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY MORZELLA,
    Petitioner,

vs.                                                      CASE NO.: 5:06cv72/MCR/MD

SCOTT MIDDLEBROOKS,[1]
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 14, 2006. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) challenging petitioner's February 2005 disciplinary conviction for Minor Assault on Any Person (incident report number 1307162) is DENIED, and the clerk is directed to close the file.

DONE AND ORDERED this 17th day of January, 2007.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Scott Middlebrooks succeeded Jose Barron, Jr. as Warden of the Federal Correctional Institution in Marianna, Florida, and is automatically substituted as the respondent. Fed.R.Civ.P. 25(d)(1).